Case 7:22-cv-00015-O   Document 1   Filed 03/02/22   Page 1 of 7   PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 2 2022
CLERK, U.S. DISTRICT COURT
By_____

7-22CV-015-O

With all due of respect before the United States Justice dept.
With all honor before the U.S. Justice dept. this letter upon request to be brought into the attention and understanding of U.S. congress chamber men into U.S. president knowlege and authority.
a military honor before U.S. congress and justice dept. " military american dept.
I am from el salvador CA. wherein my own name is " miguel angel mendoza, Galdamez" I am on Texas state division wichita falls TX county jail on ilegal incarceration according TX crim. proc. code I am suppost to be free of charges which has been against me pending filed for prosecution since 2.08 case no. 49114 in county jail since 2013 none hearing trial the case has had. process period and process limitation expired since before of transfered to to county jail. who is judge. DA. att. on this unconstitutional to me because I has studied the US laws about 15 years enough that state court error.
my communication before the US congress and military dept. is because the nuclear missile found in mi living place in el salvador CA. were found by my introduced communication request about. blacks whom has been keeping those nuclear missile in el salvador to destroy united states in here at sheriff jail uniform against me using all blacks and all white spanish criminal gangs members against me.
I seeking releasement to out of county jail by directing communication in letters in personal giving it to sheriff jail supervisor sgt. supervisor using name PRICE at night shift but I see none answer nor step about. just listen a gas chamber stuff used as a communication stuff through Tazer doing to me physical vitality substract murdering me since before of 1998 from TDCJ-ID and in wichita county court one person using name Littler stating to be court administrator it is a black him is a crip criminal gang member who were introduced on TDCJ-ID michael unit playing sgt. supervisor in ad seg. at 1998-2005 in court may using a lot us justice dept. imployee application which were stolen from me at 2.07 in TDCJ-ID. J.allred unit?
the concerns are that those nuclear destruction against united states has been establishment of all US prisons system criminal gangs members. Issue from TDCJ-ID prisons.

I

TDCJ-ID director, inspector general, wardens, rankings criminal gangs members? the issue is that in all TDCJ-ID blacks at uniform, on state hospitals, al sheriff dept, in all united states involved on this at purpose to get access at Ater stuff because all criminal commission, criminals was in an accord with all prisons at an issue of a revolution war against all us justice dept, and for thereafter the end of war was nuclear destruction against united states, issue on which as on TDCJ-ID ad seg inmates has had an access to comes to out statating of international investigation dept. directors, on establishment of all this against united states and said access to out of prisons on TX state the issue was in other states." all prisons issue was the access to comes to out of prisons on revolution war and all them from us living in villahermosa tabasco mexico, in Guatemala, and in el salvador CA. NOT blacks and spanish gangs members? in el salvador CA, introduced stating to be U.S. international administration gov. at commission of nuclear destruction against united states, issue from TX corr. dept. director issue? Now stupid black at sheriff gail uniform in wichita falls TX jail using name GIBB into my attention with used gas chamber playing of communication that him have on his responsibility 500,000 executions to his us gov. and to be us executive president, and that him can plea me out of gas chamber if I comes on his gov. fun. what kind of excrement on sheriff uniform, and that TDCJ-ID director is the same of 500,000 execution, and that I don't have why to die on gas chamber by issue of med. dept. but that is on me to die or to live, they think that they resolved at something so stupid fers in us. NOW issue of blacks at uniform an issue seeking to oblige me on execution commission into my attention that they are a religion staff stated to be communion life religion, religion staff that when a person die, religion staff don't bury, they cook to eat doing communion." families has been taken to out from el salvador CA like to work in corr. dept. where shall they be? cooked in Guatemala to do those communion? families from Guatemala issue of communion for them in tabasco mexico? families put at tabasco, to work at corr. dept. cooked on TDCJ-ID? or at little ranchs on mexico border?

in germany, afghanistan, italy, vietnameses cities, china, spanish men and ladies, out of us, with money they her picked keeped me vitality substract all them now out of here because has worked at nuclear commission against united states, who has certified of money legal to out of us, and all them living in mexico, guatemala, and el salvador ca. into countries gov. that they are us. gov. administration dept. of us, whom those countries presidents and governors am to accept this against us, by money they has received or they don't know which the issue is?

Now before the us justice dept, congress and human rights commission in united states several gang members they am not on this they do his life working on free world. This are issue of criminal commissioners and on this kind of issue the gov. can make a decision to pick up all gang members to destroy gangs concerns by this kind of issue. one issue of criminal commissioner and it be the issue by which inside sheriff jail cells. all them pleasured accepting to be against me, and issue is that at communicate jail supervisors I don't find and a 2 t and I day and night on gas chamber vitality substract and waiting to see if may any response.

Now in here on wichita sheriff jail I see peoples from germany, from afghanistan, from italy, vietnameses, from TDCJ-Ill prisons gangs members has been at an issue to stablish a us. international gov. fun but to obtain gov. fun if they finish to use me on execution commission I never will accept that because criminal gangs members on TDCJ-Ill prisons their issue has been to met economies to out of us before nuclear destruction on which they to be out of american continent. So which issue be keeping all those assia countries peoples in her for me may gangs members on prisons on this the intention may be to plea all those peoples to be found on issue of nuclear issue against us, because they know that on pass time us. had nuclear war with other gov's. Fed. gov. see the issue at news reports nuclear war concerns against whom, and international administrators out of us. unto airports why unto airports? and him seeking executive president, office at sheriff uniform? court administrator? and them in mexico, guatemala, el salvador ca. us. international gov. administrators?

II


all TDCJ-ID wardens. rankings in all us. through computer has sold vitality and colected quantities of money, has destroy my life, all my family in mexico, guatemala and in el salvador. TDCJ-ID on responsiblity because TDCJ-ID hasn't had will to let an issue like this established inside corr. dept. but has been a nice issue because are issue which has been found issue of TDCJ-ID prisons criminal gangs, but issue which were established in prisons now inside sheriff jail so nice about against me, clear is to me that all criminal commissioners be on this with them inside prisons and them already out of united states, and blacks at uniform against me by accept not gov. for them? TDCJ-ID and all us prisons wardens, at classification drafted employee application as at treason against united states.

Now I dying on gas chamber why? at responsibility of wichitafalls TX, county court staff and sheriff dept. staff why? if the fed. court receive this letter I advise to federal court that if wif jail supervisor named PRICE get releasement I govermet responsible of all this in texas state and if I get to be released by sheriff jail supervisor act I will be by myself promoted to US. Justice dept. administration by promoted to US. general jurisdiction executive commission and will I to do personally gov. documents about to for thereafter introduce it at gov. computer for thereafter to depart toward united states congress chamber president certification execution commission promote" because after destroy my life doing me vitality substract murdered all my family and attempting to oblige me to do those commission for gov. run for them, and thereafter all which the issue be in all? with honor before us. justice dept. thanks.

sincerely to us. gov.      santos v. Hernandez
no. 83054.

S. V. H.

2-2022.

NOTE:
this were start by TS. Texas syndicate, and mexi. can mafi gangs member inmates and crip black gang members at uniform of supervisors on TDC-ID. michael unit at 1998-2005 TS means Terrorie treaty state., is the issue introduced in el salvado
CA_

stating to be United states international administration gov. mat blacks and spanish court staff watch TV news the black inmate arrested by terroristic capital murder? why terroristic?

on issue of death row execution and ts staff introduced in us justice dept. stating to be us justice dept. general director administrator by the inmate Gary Jhonson sentenced to death were used doing execution commission and kelped on TDCJ-III at executive director office, senfenced to death by murdere 2 persons of Lorelton family at huntsville TX, on APRIL 1986 was texas sindicate criminal gang member, if I don't mistake Bush and Obama introduced at president office by using gary on execution commission and thereafter executed Gary at January 2010? execution commission be at responsibility of the US president being "executive president" all american continent ages know the NASA base security stuff at up there on heaven stuff at duty or security administration presidents supervisio why it on lack of security administration? it be in first nuclear stuff detectors at no any time nuclear missiles has had opportuniti to be introduced in america without to be detected us see where the beauty nuclear missile was burried? in my living place "Liverty part" in el salvador CA. bt international administrators at commission against us, living out of us. mexico, guatemala, and el salvador CA. the rest in assia continent. Now in us gangs concerns has been established by assemble const. freedom but is no why for them introduced at an issue like this against us. but not all gangs member guilty. I be a christian man. god word say on EZEKIEL 18:u. the life of every person belongs to me, the life of the parent as well as that of the child, the person who sins is the one who will die.

enough that on Jesus christian democrative gov. see that god is death for the human kind enemies. — — — — —

III

human rights enforcement staff. before the us gov. God bless angel from santos victor hernandez ' misull from el salvador, CA. thanks for gov. staff services with military honor before us. justice dept. staff thanks. to us gov.

SINCERELY
2022.

Santos Villar Randall 2483054 / legal mail
New Jail
P.O. Box 8466
Wichita Falls TX. 76302

NORTH TEXAS TX P&DC
DALLAS TX 750
28 FEB 2022 PM 5 L



Inmate Correspondence
Wichita County, Texas
Detention Center

Federal court house general
court administrator, "OFFICE"
501 West 10th street
Fort Worth TX 76102
official busines.

76102-363799