IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SANTOS V. HERNANDEZ,<br>Wichita County Jail No. 83054, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-015-O |
| WICHITA FALLS TX COUNTY JAIL, | § § § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**SIGNED** this **17th day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE